NO. 07-07-0177-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MARCH 25, 2008
_____

GUADALUPE ROSALES, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE 331ST DISTRICT COURT OF TRAVIS COUNTY;

NO. D-1-DC-06-500380; HONORABLE BOB PERKINS, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant, Guadalupe Rosales, was convicted of two counts of sexual assault. Appellant was sentenced to 15 years confinement in the Institutional Division of the Texas Department of Criminal Justice, with the sentences to run concurrently. Appellant appeals these convictions. We affirm.

Appellant's attorney has filed an Anders brief and a motion to withdraw. See Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 498 (1967). In support of her motion to withdraw, counsel certifies that she has diligently reviewed the record and, in her

opinion, the record reflects no reversible error upon which an appeal can arguably be predicated. Id. at 744-45. In compliance with High v. State, 573 S.W.2d 807, 813 (Tex.Crim.App.1978), counsel has candidly discussed why, under the controlling authorities, there is no error in the trial court's judgments. Additionally, counsel has certified that she has provided appellant a copy of the Anders brief and motion to withdraw and appropriately advised appellant of his right to file a *pro se* response in this matter. See Stafford v. State, 813 S.W.2d 503, 510 (Tex.Crim.App. 1991). The court has also advised appellant of his right to file a *pro se* response. Appellant has not filed a response.

By her Anders brief, counsel raises grounds that could possibly support an appeal, but concludes the appeal is frivolous. We have made an independent review of the entire record to determine whether there are any arguable grounds which might support an appeal. See Penson v. Ohio, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988); Bledsoe v. State, 178 S.W.3d 824, 826-27 (Tex.Crim.App. 2005). We have found no such arguable grounds and agree with counsel that the appeal is frivolous.

Accordingly, counsel's motion to withdraw is hereby granted and the trial court's judgments are affirmed.

Mackey K. Hancock
Justice

Do not publish.